THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HENRY JOINER, #140 755 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CV-441-WHA |
| ) | WO |
| COMMISSIONER, RICHARD F. ALLEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On May 24, 2010, the Magistrate Judge filed a Recommendation (Doc. 3) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation (Doc. 3) of the Magistrate Judge is ADOPTED;

2. The motion for leave to proceed *in forma pauperis* is DENIED; and

3. This case be DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Done this 15th day of June, 2010.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE